No. 75–5665.   VLAHAKIS *v.* ILLINOIS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 75–5755.   WHITE *v.* CONNECTICUT.   Sup. Ct. Conn.   Certiorari denied.

No. 75–317.   WOESTENDIEK ET AL. *v.* WALKER ET UX. Sup. Ct. Colo.   Certiorari denied.   MR. JUSTICE BLACKMUN would grant certiorari.

No. 75–415.   PORTLAND CEMENT ASSN. *v.* TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL.   C. A. D. C. Cir.   Motion of National Association of Manufacturers for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 75–573.   ZWEIG ET AL. *v.* HEARST CORP.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari.

No. 75–5263.   LUJAN *v.* NEW MEXICO.   Sup. Ct. N. M.   Certiorari denied.   MR. JUSTICE BRENNAN would grant certiorari.

No. 75–5750.   RAITPORT *v.* GENERAL MOTORS CORP. ET AL.   C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 74–6502.   WATKINS *v.* ESTELLE, CORRECTIONS DIRECTOR, *ante,* p. 924; and
No. 74–6622.   SELLARS *v.* McCARTHY, MEN'S COLONY SUPERINTENDENT, *ante,* p. 924.   Petitions for rehearing denied.